FILED
U.S. DISTRICT COURT
GEORGIA
05 JUN 24 PM 1:31

DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | 5:03-CR-4 (WDO) |
| **WILBERT JONES,** | : | 5:05-CV-45 (WDO) |
| | : | |
| **Defendant-Petitioner** | : | |

## ORDER

Defendant Jones filed a motion to review and correct his sentence. The Magistrate Judge to whom the motion was referred filed a Report and Recommendation to dismiss the motion as time-barred and because the Blakely-Booker-Fanfan cases, and the related Eleventh Circuit cases, are not retroactively applicable to sentences on collateral review, that is, when a case is before the Court on something other than a direct appeal. Jones thereafter filed a motion to recuse the Magistrate Judge from this case and to vacate the Recommendation. Jones later filed a motion in which he purports to rebut the government's arguments regarding his motion to review and correct his sentence and in which he complains about not receiving a copy of the government's response brief. First, there is no evidence that the government ever filed a brief in response to the Recommendation or to Defendant's motion to review and correct his sentence. Second, Jones failed to present any arguments or evidence to support his motion for recusal. Third, Jones failed to present any arguments or evidence showing

that he is entitled to a review or correction of his sentence. Accordingly, having carefully reviewed the Recommendation, and Defendant Jones' objections thereto, the Recommendation is ADOPTED and made the order of the Court. Further, Defendant's Motion for Recusal is DENIED.

SO ORDERED this ___24th___ day of June, 2005.

_____
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**